IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NAKIA JOHNSON, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-223-D |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| (1) AMAZON.COM, INC., | ) | |
| (2) EBAY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF AMAZON.COM, INC.**

COMES NOW Stephen L. McCaleb of the firm Derryberry & Naifeh, LLP, attorney for Plaintiff, Nakia Johnson, and hereby submits his Unopposed Motion to Extend Time to Respond to Defendant, Amazon.com, Inc.'s Motion for Summary Judgment, states as follows:

1. Defendant, Amazon.com, Inc. filed its Motion for Summary Judgment for No Infringement and Brief in Support on August 10, 2021 [Doc. 54].

2. Plaintiff's response to Defendant's Motion is due August 31, 2021.

3. Plaintiff has consulted with Defendant Amazon and Defendant Amazon has no objection to an extension to September 10, 2021, which is the due date of Plaintiff's response to co-Defendant's eBay, Inc.'s Motion for Summary Judgment [Doc. 60]. The issues are similar, if not identical.

4.	There are other issues which the parties are attempting to work out in this matter. Based upon the foregoing, Plaintiff wishes to extend the time to September 10, 2021 to respond to Amazon.com, Inc.'s Motion for Summary Judgment.

WHEREFORE, premises considered, Plaintiff prays that this Court grant him until September 10, 2021 in which to respond to Defendant Amazon.com, Inc.'s Motion for Summary Judgment.

Respectfully submitted,

*/s/ Stephen L. McCaleb*
Stephen L. McCaleb, OBA No. 15649
DERRYBERRY & NAIFEH, LLP
4800 N. Lincoln Boulevard
Oklahoma City, Oklahoma 73105
(T) (405) 525-6569; (F) (405) 525-6462
steve@derryberrylaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Jared R. Boyer – jared@hbplawpartners.com
James E. Geringer – james.geringer@klarquist.com
Shelby A. Stepper – shelby.stepper@klarquist.com
ATTORNEYS FOR DEFENDANT, AMAZON.COM, INC.


Spencer F. Smith – spencer.smith@mcafeetaft.com
Katelyn King – katelyn.king@mcafeetaft.com
Courtney Batliner – courtney.batliner@hklaw.com
ATTORNEYS FOR DEFENDANT eBAY, INC.


*/s/ Stephen L. McCaleb*
Stephen L. McCaleb